IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| EDWARD JOSEPH CURRAN, III, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 1:22-CV-256-RP-ML |
| | § | [1:18-CR-370(1)-RP] |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Before the Court is Petitioner Edward Joseph Curran, III's ("Curran") Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255. (Dkt. 77). The case was referred to United States Magistrate Judge Mark Lane for findings and recommendations, pursuant to 28 U.S.C. § 636(b). Judge Lane filed his report and recommendation on April 27, 2023. (R. & R., Dkt. 91). In his report and recommendation, Judge Lane recommends that the Court dismiss Curran's Motion to Vacate for vague, conclusory, and unsupported claims. *Id.* Curran received the report and recommendation no later than May 5, 2023. (Dkt. 93). On June 6, 2023, Curran filed untimely objections, but the Court will accept and consider them. (Dkt. 95).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Curran timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Curran's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 91), is **ADOPTED**. **IT IS ORDERED** that Curran's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (Dkt. 77), is **DENIED.**

It is **FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**SIGNED** on June 27, 2023.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE